**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALAN ANDERSON,<br><br>     Petitioner,<br><br> v.<br><br>BRYAN BIRKHOLZ, Warden,<br><br>     Respondent. | Case No. CV 2:24-01761 MRA (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Amended Report and Recommendation (the "Amended Report"). The time for filing objections to the Amended Report has passed, and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied as moot and Judgment shall be entered dismissing this action.

DATED: September 29, 2024

_____

MÓNICA RAMÍREZ ALMADANI

UNITED STATES DISTRICT JUDGE