JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN ANDERSON, | Case No. CV 2:24-01761 MRA (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| BRYAN BIRKHOLZ, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied as moot and this action is dismissed.

DATED: September 29, 2024

MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE